IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00261-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| DONNELL LAMONT CANNADY, | |
| Defendant. | |

This matter comes before the court *sua sponte*. On April 30, the court ordered Defendant committed to the custody of the Attorney General for a period not to exceed thirty days for Defendant to receive a competency evaluation. DE 40. This deadline has since passed, and the court has yet to receive the ordered evaluation.

Accordingly, the parties are DIRECTED to confer and provide the court with a joint status report no later than Friday, August 29 concerning the expected completion of the ordered competency evaluation.

SO ORDERED this 22d day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE