IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00261-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DONNELL LAMONT CANNADY,<br><br>  Defendant. | ORDER |

This matter comes before the court *sua sponte*. Because Defendant remains in custody in Kentucky, the motion hearing previously set for October 28, 2025, at 2:00 p.m. is CONTINUED to the December 9, 2025 term of court.

The court has determined that the ends of justice served by continuing this hearing outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by this order shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 28th day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE