IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00261-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNELL LAMONT CANNADY,

    Defendant.

ORDER

This matter comes before the court on several documents filed *pro se* by Defendant: "Pro Se Motions, in letter from," DE 41, a "Letter/motion in opposition to the facts stated in Attorney McCoppin's Motion to withdraw," DE 55, two "Pro Se Letter[s]/MOTION[s] to allow remote testimony," DE 56 & 57, and a letter to Judge Boyle, DE 58.

Defendant is represented by counsel in this case. DE 34. The court is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). The court recognizes that Defendant has made it known to his attorney that he "request[s] to represent himself in this matter without counsel." DE 54. The court, however, has not addressed that request, and Defendant does not have a right to "'hybrid' representation" allowing him to proceed *pro se* while retaining the representation of appointed counsel. *McKaskle*, 465 U.S. at 183. The court anticipates an inquiry

into Defendant's desires regarding his representation at the combination hearing on Defendant's competency and counsel for Defendant's Motion to Withdraw.

Therefore, Defendant's various motions, DE 41, 55, 56, 57, & 58, are DENIED WITHOUT PREJUDICE. If Defendant, *through his counsel*, wishes to file (or re-file) his various motions and letters, the court will consider such motions.

SO ORDERED this 29th day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE