IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00261-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNELL LAMONT CANNADY,

    Defendant.

ORDER

This matter comes before the court following the parties' discussion at the hearing on February 17, 2026. DE 88. This order memorializes the court's findings and rulings.

First, for the reasons stated at the hearing, the court finds that Defendant has knowingly, intelligently, and voluntarily waived his right to counsel. *Faretta v. California*, 422 U.S. 806, 835–36 (1975). The court, therefore, will permit Defendant to proceed *pro se*. The office of the federal public defender is directed to appoint standby counsel.

Second, and consistent with the discussion at the hearing, the court deems Defendant's filings at DE 65, 66, 76, 77, 78, 81, 82, 83, 85, and 86 to have been voluntarily withdrawn.

Third, Defendant's arraignment and trial are continued for ninety (90) days to allow for the below pretrial motions timeline. The delay occasioned by this continuance comes at Defendant's own request; Defendant explicitly made and reaffirmed his request for a continuance to allow him time to review the necessary materials and file any pretrial motions.

No later than March 2, 2026, the United States shall disclose all evidence required by Rule 16 of the Federal Rules of Criminal Procedure and make all disclosures required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. No later than March 9, 2026, Defendant may file

any motion requesting additional discovery; the United States shall respond to any such motion on or before March 23, 2026. Defendant shall have until April 13, 2026, to file any motion to suppress, and the United States shall respond to any such motion no later than April 27, 2026.

The court has determined that the ends of justice served by granting Defendant's motion to represent himself outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

To summarize, the court has GRANTED Defendant's motion to represent himself and directed the appointment of standby counsel. At Defendant's request, the court CONTINUED Defendant's arraignment by ninety (90) days to allow for discovery and pretrial motions. The court, therefore, excluded that delay in computing Defendant's speedy-trial time. The court has directed the United States to provide Defendant with the materials required by Rule 16 and *Brady*. Defendant may file *one* (1) motion for additional discovery on or before March 9, 2026, and Defendant may file *one* (1) motion to suppress on or before April 13, 2026. The United States has two weeks from those dates to respond to any such motion.

SO ORDERED this 17th day of February, 2026.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE