IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00261-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| DONNELL LAMONT CANNADY, | |
| Defendant. | |

This matter comes before the court on two motions filed *pro se* by Defendant: a Motion for Reconsideration, DE 105, and an Emergency Motion to Stay Ruling, DE 110. The court construes these motions as, together, seeking an order that would: direct six individuals to prepare affidavits answering Defendant's questions, compel the Government to produce additional discovery, and hold various Assistant United States Attorneys in criminal contempt. *See* DE 105, 110. Those Motions are DENIED.

SO ORDERED this _20th_ day of May, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE