IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00261-M

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONNELL LAMONT CANNADY,

      Defendant.

ORDER

This matter comes before the court on Defendant's *pro se* Motion to Suppress, DE 106, and its associated Supplements, DE 109, DE 113, DE 114, DE 116, DE 117. The court will hold a hearing on Defendant's Motion at 10:00 a.m. on June 16, 2026. As such, Defendant's arraignment is CONTINUED to the July 7, 2026, term of court. The court has further determined that the ends of justice served by hearing Defendant on his motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by this continuance shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(1)(D).

SO ORDERED this ____1st____ day of June, 2026.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE