IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00261-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNELL LAMONT CANNADY,

    Defendant.

ORDER

This matter comes before the court on the United States' Notice, as directed by the court's June 2, 2026, order. DE 126. Contemporaneous to filing its Response to Defendant's Motion to Suppress, DE 118, the United States moved to seal that Response because it contained sensitive information. DE 119. The court granted that response and, noting that Defendant had filed many of the same documents on the public docket, directed the United States to "notify the court whether any materials already on the public docket should be subject to" that order. Jun. 2, 2026, Second Text Order. The United States has now identified several such filings which "explicitly describe Grand Jury proceeding and / or contain portions of Grand Jury transcripts." DE 126. Accordingly, and until further order of the court, the Clerk of the Court shall the following documents under seal: DE 105, DE 106, DE 106-7, DE 106-8, DE 106-14, DE 106-15, DE 106-16, DE 106-17, DE 106-19, DE 109, and DE 116.

SO ORDERED this _____10th_____ day of June, 2026.

                                            Richard E Myers II
                                            RICHARD E. MYERS II
                                            CHIEF UNITED STATES DISTRICT JUDGE