IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00261-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNELL LAMONT CANNADY,

    Defendant.

ORDER

This matter comes before the court *sua sponte*. The court previously entered an order which granted Defendant's request to continue his suppression hearing to September 21, 2026. DE 135. Defendant's arraignment, currently set for the July 21, 2026, term of court necessarily must be continued, as well.

Accordingly, Defendant's arraignment is CONTINUED to the September 22, 2026, term of court. The court has further determined that the ends of justice served by hearing Defendant on his motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by this continuance shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(l)(D); *see also id.* § 3161(l)(D) (excluding any "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion").

SO ORDERED this ___14th___ day of July, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE