IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00261-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNELL LAMONT CANNADY,<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's Motion to Proceed *Pro Se*. DE 142. This court has previously found Defendant to have knowingly, intelligently, and voluntarily waived his right to counsel and accordingly permitted Defendant to proceed *pro se* with standby counsel. DE 89. At the September 21, 2026 hearing, Defendant requested and the court appointed Defendant's standby counsel. DE 139. Defendant now seeks to resume *pro se* status. For the reasons identified at the February 17, 2026 hearing and accompanying order (DE 89), Defendant's motion is GRANTED. Defendant's counsel is to RESUME as standby counsel.

SO ORDERED this 29th day of September, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE